

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2013

No. 04-13-00515-CV

**IN RE GENERAL MOTORS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice

On August 1, 2013, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than August 16, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED IN PART. Plaintiffs are permitted to view the specific trade secret information at issue in relator's petition according to the terms set forth in the July 30, 2013 letter from GM's counsel, but are prohibited from taking actual possession of said discovery pending final resolution of the petition filed in this court.

It is so **ORDERED** on August 2, 2013.                    PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court

---

[1] This proceeding arises out of Cause No. 7478, styled *Martha Elvia Bolaños, Individually and on Behalf of the Estate of Elias Bolaños, Sr., deceased; Edlin Bolaños; and Elias Bolaños, Jr. v. General Motors Company; General Motors, LLC; Basic Energy Services, Inc.; TMP Companies, Inc., d/b/a TMP Truck & Trailers, L.P.; and Esequiel Rodriguez*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.